## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**RICHARD E. MINTON,**                              )
      **Plaintiff,**     )
          )
  **vs.**     )  **Case No. 07-4146-JAR**
          )
**MICHAEL J. ASTRUE,**     )
**COMMISSIONER OF**     )
**SOCIAL SECURITY,**     )
      **Defendant.**     )
      **Defendant.**     )
_____ ____)

### ORDER ADOPTING RECOMMENDATION AND REPORT

    Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge John Thomas Reid, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

    **IT IS THEREFORE ORDERED** that the decision of the Commissioner be reversed, and that the case be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further proceedings  in accordance with the September 23, 2008 Recommendation and Report (Doc. 17).

    **IT IS SO ORDERED**.

    Dated this 14th day of October, 2008.


         S/   Julie A. Robinson
        **Julie A. Robinson**
        **United States District Judge**